```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                              CASE NO. 07 B 04134
  PAMELA SUE HOFBAUER
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-9845

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/08/07 and confirmed on 05/10/07.

    2.  The case was dismissed after confirmation, 08/23/2007.

    3.  The Debtor paid a total of $    600.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILLOWBROOK ACCEPTANCE | SECURED VEHIC | 4100.00 | 32.75 | 366.25 |
| ARROW FINANCIAL SERVICES | SECURED | 1500.00 | 9.64 | 137.36 |
| ISU CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED HEALTH CHIROPRACT | UNSECURED | NOT FILED | .00 | .00 |
| AMEREN IP PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| ASCOT GLEN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARLE CLINIC ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CARLE CLINIC ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT HORENKAMP & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MID ILLINOIS BANK | SPECIAL CLASS | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE UNIVERSIT | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA HEALTH CTR FOR D | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| WILLOWBROOK ACCEPTANCE | UNSECURED | 889.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5600.00 | .00 | 889.00 | .00 | 6489.00 |
| PRINCIPAL PAID | 503.61 | .00 | .00 | .00 | 503.61 |
| INTEREST PAID | 42.39 | .00 | .00 | .00 | 42.39 |
| TOTAL PAID | 546.00 | .00 | .00 | .00 | 546.00 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00 and was paid $   1426.00  direct and $      38.40  through the plan.

The Trustee received $      15.60 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE